UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOAN JARA; AMANDA JARA TURNER;
and MANUELA BUNSTER,

    Plaintiffs,

vs.                                                      Case No. 6:13-cv-1426-Orl-37GJK

PEDRO PABLO BARRIENTOS NUNEZ,

    Defendant.
_____

**VERDICT FORM**

We, THE JURY, return the following verdict:

    I. **Claims Brought By Plaintiff Joan Jara as Representative of Victor Jara's Estate Against Defendant Barrientos**

    1. Does the jury find that Defendant Barrientos is liable for the torture of Victor Jara?

        YES  ✓                      NO _____

If you answered YES to Question 1, Section I above, what is the total amount of damages that you determine is appropriate to compensate the estate of Victor Jara?

        Compensatory Damages:   $ _3 Million_

1

If you answered YES to Question 1, Section I above, what, if any, is the total amount of punitive damages that you determine is appropriate to assess against Defendant Barrientos?

        Punitive Damages:    $ __10 Million__

II. **Claims Brought By Plaintiff Joan Jara as Representative of Victor Jara's Estate, and by Plaintiffs Joan Jara, Amanda Jara Turner, and Manuela Bunster in Their Individual Capacities, Against Defendant Barrientos**

1. Does the jury find that Defendant Barrientos is liable for the extrajudicial killing of decedent Victor Jara?

        YES __✓__        NO ____

If you answered YES to Question 1, Section II above, what is the total amount of damages that you determine is appropriate to compensate the estate of Victor Jara?

        Compensatory Damages:    $ __3 Million__

If you answered YES to Question 1, Section II above, what is the total amount of damages that you determine is appropriate to compensate Plaintiffs Joan Jara, Amanda Jara Turner, and Manuela Bunster in their individual capacities?

        Compensatory Damages:    $ __2 million__

If you answered YES to Question 1, Section II above, what, if any, is the total amount of punitive damages that you determine is appropriate to assess against Defendant Barrientos?

Punitive Damages:   $ 10 million

SO SAY WE ALL, this 27th day of June, 2016.

_____
JURY FOREPERSON