# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOAN JARA, AMANDA JARA TURNER and MANUELA BUNSTER,**

    **Plaintiffs,**

**v.**                                         Case No:   6:13-cv-1426-Orl-37GJK

**PEDRO PABLO BARRIENTOS NUNEZ,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

Pursuant to the jury verdict rendered on June 27, 2016 (Doc. 186), and the Court finding that there is no just reason for delay, it is **ORDERED AND ADJUDGED** that:

**FINAL JUDGMENT** is entered against Defendant Pedro Pablo Barrientos Nunez and in favor of the Plaintiffs—Joan Jara, in her individual capacity and on behalf of the Estate of Victor Jara, and Amanda Jara Turner and Manuela Bunster in their individual capacities—for each of Plaintiffs' respective claims for the torture and killing of Victor Jara.

It is further **ORDERED AND ADJUDGED** that Defendant Pedro Pablo Barrientos Nunez pay the following damages to Plaintiffs:

(a) Compensatory damages to the Estate of Victor Jara in the amount of six million dollars ($6,000,000.00);

(b) Punitive damages to the Estate of Victor Jara in the amount of ten million dollars ($10,000,000.00);

(c) Compensatory damages to Plaintiffs Joan Jara, Amanda Jara Turner, and Manuela Bunster in the amount of two million dollars ($2,000,000.00); and

(d)   Punitive damages to Plaintiffs Joan Jara, Amanda Jara Turner, and Manuela Bunster in the amount of ten million dollars ($10,000,000.00).

Finally, it is **ORDERED AND ADJUDGED** that Plaintiffs—Joan Jara, in her individual capacity and on behalf of the Estate of Victor Jara, and Amanda Jara Turner and Manuela Bunster in their individual capacities—shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** at Orlando, Florida this 29th day of June, 2016.



ROY B. DALTON JR.
United States District Judge

Copies

Counsel of Record